E
X
H
I
B
I
T

C

**EXHIBIT C**

**CASE NO.: 5:18-cv-157-JSM-PRL**

YOLANDA ALDANA and LEYVIER HERRERA,
her husband, YOLANDA ALDANA as mother and
natural guardian of KEVIN MARTINEZ, a minor,
as mother and natural guardian of ANTHONY
MARTINEZ, a minor, as mother and natural
guardian of ALEJANDRO ALDANA, a minor,
and as mother and natural guardian of KENNETH
HERRERA, a minor,

     *Plaintiffs*,

vs.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

     *Defendant*.

_____/

## AFFIDAVIT YOLANDA ALDANA

STATE OF FLORIDA         )
                               )   ss:
COUNTY OF *MARION*    )

     BEFORE ME, the undersigned authority, on this date personally appeared Yolanda Aldana, who after being duly sworn, deposes and states:

     1.     My name is Yolanda Aldana. I am over the age of eighteen and I am a resident of the State of Florida.

     2.     I have personal knowledge of the statements contained in this Affidavit and am fully competent to make this Affidavit with regard to the above-captioned case.

3.    On December 6, 2013, Nathan Pyles crashed into the back of my Nissan Sentra while I was stopped at a light, causing serious and permanent injuries to me and my four minor children who were in the car.

4.    From the date of the accident until we filed our lawsuit against Nathan Pyles in August 2014, Progressive never offered us the full policy limits to settle our claims.

5.    Had Progressive offered the full $500,000.00 policy limits to me and my children prior to us filing our lawsuit against Mr. Pyles, we would have accepted it and settled our claims.

FURTHER AFFIANT SAYETH NAUGHT.


_____
**Yoldana Aldana**

SWORN TO AND SUBSCRIBED TO BEFORE ME, the undersigned authority on this 10th day of ___May___ 2019.

_____
NOTARY PUBLIC

LISA D. WALTON
MY COMMISSION # FF 993646
EXPIRES: May 29, 2020
Bonded Thru Notary Public Underwriters

2