E

X

H

I

B

I

T

D

**EXHIBIT D**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

### CASE NO.: 5:18-cv-157-JSM-PRL

YOLANDA ALDANA and LEYVIER HERRERA,
her husband, YOLANDA ALDANA as mother and
natural guardian of KEVIN MARTINEZ, a minor,
as mother and natural guardian of ANTHONY
MARTINEZ, a minor, as mother and natural
guardian of ALEJANDRO ALDANA, a minor,
and as mother and natural guardian of KENNETH
HERRERA, a minor,

     *Plaintiffs,*

vs.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

     *Defendant.*

_____/

### AFFIDAVIT LEYVIER HERRERA

STATE OF FLORIDA      )
                         )  ss:
COUNTY OF MARION   )

BEFORE ME, the undersigned authority, on this date personally appeared Leyvier Herrera, who after being duly sworn, deposes and states:

1.     My name is Leyvier Herrera. I am over the age of eighteen and I am a resident of the State of Florida.

2.     I have personal knowledge of the statements contained in this Affidavit and am fully competent to make this Affidavit with regard to the above-captioned case.

3.      On December 6, 2013, Nathan Pyles crashed into the back of my wife, Yolanda Aldana's Nissan Sentra while she was stopped at a light, causing serious and permanent injuries to her and our four minor children who were in the car.

4.      From the date of the accident until we filed our lawsuit against Nathan Pyles in August 2014, Progressive never offered my family the full policy limits to settle our claims.

5.      Had Progressive offered the full $500,000.00 policy limits to my wife and my children prior to us filing our lawsuit against Mr. Pyles, we would have accepted it and settled our claims.

FURTHER AFFIANT SAYETH NAUGHT.

**Leyvier Herrera**

SWORN TO AND SUBSCRIBED TO BEFORE ME, the undersigned authority on this 10th day of _May_ 2019.

LISA D. WALTON
MY COMMISSION # FF 993646
EXPIRES: May 29, 2020
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC

2