EXHIBIT E

EXHIBIT E

# Piccin
## LAW FIRM
(352) 351-5446
Fax (352) 351-8057



JOHN H. PICCIN
The Florida Bar
State Bar of Michigan
AV Rated by Martindale-Hubbell
    Law Directory
American Board of Trial Advocates

320 NW Third Avenue
Post Office Box 159
Ocala, Florida 34478-0159
www.piccinlawfirm.com
john@piccinlaw.com

February 18, 2016

Via Email

Michael Merrill, Esquire
COLE, SCOTT & KISSANE
Michael.Merrill@csklegal.com
jessica.williams@csklegal.com

   RE: Yolanda Aldana, et al v. Nathan & Alisha Pyles
     Case No. 14-2030-CAB

Dear Mike:

This will confirm that your offer of the $500,000 bodily injury liability limit on December 15, 2015, was rejected as untimely. An offer of that limit would likely have been accepted had it been offered to my clients, the Aldana and Herrera family, before we hired Ervin Gonzalez and his firm.

        Very truly yours,

        John H. Piccin

JHP/pjc
cc: Ervin Gonzalez, Esquire
  ervin@coleson.com
  Patrick Montoya, Esquire
  patrick@coleson.com

CF2 1228