EXHIBIT F

EXHIBIT F



Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

February 19, 2016

**SENT VIA E-MAIL**

Michael Merrill, Esquire
Cole Scott Kissane
1900 Summit Tower Blvd
Suite 750
Orlando, FL 32810-5913
321-972-0022
Michael.Merrill@csklegal.com

RE: *Aldana v. Pyles*
*Case No. 2014-CA-002030*

Dear Mr. Merrill,

Please be advised that we will accept $30,000,000.00 in full and complete settlement of the above referenced case. In return we will provide your insured(s) with a full release. Please convey this demand to your clients and contact me when you are ready to discuss the potential for settling this claim in more detail. It is a shame that the $500,000.00 in coverage was not offered exclusively to the Plaintiffs in this case earlier in the litigation. They clearly have the worst injuries of anyone involved and they would have likely accepted the policy limits had they been offered before the last mediation and before I was retained.

Thank you for your attention to this matter.

Very truly yours,

ERVIN A. GONZALEZ

EAG/PSM/yer

cc: John Piccin, Esquire

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: www.colson.com
| 208 11th Street SE | Washington, DC | 20003
| T: 202.386.6706 | F: 202.386.6706 | W: www.colson.com
| 1100 Poydras Street, Suite 2800 | New Orleans, LA | 70163
| T: 305.476.7400 | F: 305.476.7444 | W: www.colson.com

CF2 1224