EXHIBIT I

EXHIBIT I



**PROGRESSIVE**
901 N. Lake Destiny Road
Suite 200
Maitland, FL 32746
Ph# 407-618-8693
Fax# 407-618-8836

January 5, 2016

Nathan Pyles
4742 S.E. 37th Street
Ocala, FL 34480

Alisha Pyles
2305 S.E. 20th Circle
Ocala, FL 34471

RE:  Insured Driver:      Nathan Pyles
     Insured Owner:      Alisha Pyles
     Claim#:             133156227
     D.O.L.:             12/6/13
     Claimants:          Yolanda Aldana, Kevin Martinez, a minor, Anthony
                         Martinez, a minor, Alejandro Aldana, a minor,
                         Kenneth Herrera, a minor and Jaron Ang

Dear Mr. and Mrs. Pyles,

This letter will confirm our conversation of December 15, 2015 while attending
the mediation conference in reference to the above captioned claim. As
discussed, you agreed that we should reserve and payout the full $500,000
policy limits to resolve the bodily injury claims of Yolanda Aldana, Kevin Martinez,
Anthony Martinez, Alejandro Aldana and Kenneth Herrera. This would leave no
money under the policy to compensate Jaron Ang for his injury claim. Therefore,
you personally will be exposed for his bodily injury claim.

We also discussed the serious nature of the various bodily injury claims being
presented against you. The full value of these claims greatly exceed your policy
limits. I strongly urge you to retain personal counsel, at your own expense, to
protect your personal interests

Sincerely,

Susan Soard
Casualty Specialist
Progressive American Ins. Co.
(407) 618-8693
(407) 618-8836 FAX

CF2 1243