**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CASE NO.: 5:18-cv-157-JSM-PRL**

YOLANDA ALDANA and LEYVIER HERRERA,
her husband, YOLANDA ALDANA as mother and
natural guardian of KEVIN MARTINEZ, a minor,
as mother and natural guardian of ANTHONY
MARTINEZ, a minor, as mother and natural
guardian of ALEJANDRO ALDANA, a minor,
and as mother and natural guardian of KENNETH
HERRERA, a minor,

     *Plaintiffs*,

vs.

PROGRESSIVE AMERICAN INSURANCE
COMPANY,

     *Defendant*.

_____/

## NOTICE OF SETTLEMENT

Yolanda Aldana, Leyvier Herrera, and Yolanda Aldana as mother and natural

guardian of Kevin Martinez, Anthony Martinez, Alejandro Aldana and Kenneth

Herrera, notify the Court that the parties have amicably resolved the above-styled

matter. The parties are in the process of seeking approval of the settlement on behalf

of the minors and drafting the appropriate settlement documents and will submit a

Joint Stipulation of Dismissal with Prejudice once the settlement documents have

been approved and executed.

Case No.: 5:18-cv-157-JSM-PRL

Respectfully submitted,

VER PLOEG & MARINO, P.A.
301 E. Pine Street, Suite 790
Orlando, FL 32801
407-380-9312
407-601-7905 *facsimile*

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr., Esq.**
Florida Bar No. 79170
smarino@vpm-legal.com
smcgee@vpm-legal.com
**Michal Meiler, Esq.**
Florida Bar No. 86522
mmeiler@vpm-legal.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 19, 2021 on all counsel or parties of record on the Service List below.

/s/ Stephen A. Marino, Jr.
**Stephen A. Marino, Jr., Esq.**

2

Case No.: 5:18-cv-157-JSM-PRL

## SERVICE LIST

Stephen A. Marino, Jr., Esq.
Michal Meiler, Esq.
Ver Ploeg & Marino, P.A.
301 E. Pine Street, Suite 790
Orlando, FL 32801
407-380-9312
407-601-7905 *facsimile*
smarino@vpm-legal.com
mmeiler@vpm-legal.com
smcgee@vpm-legal.com
*Counsel for Plaintiffs*

Daniel A. Martinez, Esq.
Weslee L. Ferron, Esq.
Jennifer C. Worden, Esq.
Martinez Denbo, LLC
2935 First Avenue North, 2nd FL
St. Petersburg, FL 33713
727-894-3535
727-502-9621 *facsimile*
ServiceSTP@CivilLit.com
*Counsel for Progressive American Ins. Co.*

3